■ JOHN P. WEATHERWAX, Respondent, v. CLIFFORD L. TIRONI et al., Doing Business as TIRONI'S RESTAURANT, Appellants. ALTON R. HOLMES, Respondent, v. CLIFFORD L. TIRONI et al., Doing Business as TIRONI'S RESTAURANT, Appellant.— MEMORANDUM BY THE COURT. Appeals from orders of the Supreme Court at Special Term which granted partial summary judgments in actions to recover for professional services rendered and remitted the actions to a Jury Term for assessment of damages. Appellants' opposition to the motions rested on their denials, set forth in their answers, of certain allegations of the complaint, in some instances the denials being of information or belief; and in each case appellants failed to offer any proof either to establish a defense or to contradict the factual averments of the moving papers which adequately established the cause of action; and appellants, in fact, declined the adjournment that Special Term suggested be taken to enable them to submit proof. Orders affirmed, with $10 costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

## (March 31, 1966)

■ In the Matter of the Claim of LOUIS V. MAZZUKA, Respondent. WESTERN ELECTRIC COMPANY, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application pursuant to section 538 of the Labor Law to fix the fee of the attorney appointed by this court to prosecute an appeal from a decision of the Unemployment Insurance Appeal Board in favor of claimant granted; and fee fixed at $150, to be paid by the Industrial Commissioner. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS R. KITCHEN, Petitioner, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and as otherwise insufficient on its face. (*People ex rel. Conover* v. *Herold*, 24 A D 2d 773, mot. for lv. to app. den. 16 N Y 2d 488.) Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT J. MEEHAN, Petitioner, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as premature. *People ex rel. Simmons* v. *Jackson*, 1 A D 2d 728.) Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.